IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED
05 APR 25 PM 1:0.

ROBERT R. DI ___
CLERK, U.S. DI ___
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA )
 )
    Plaintiff, )
 )   (04-20196)
v. )   Criminal No. 04-20196 Ml
 )
Reginald Alexmosn )
 )   (60-Day Continuance)
 )
_____ )
 )
_____ )
 )
_____ )
 )
    Defendant(s). )

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the May 2005, criminal rotation calendar, but is now RESET for report at <u>9:00 a.m. on Friday, June 24, 2005</u>, with trial to take place on the July, 2005, rotation calendar with the time excluded under the Speedy Trial Act through July 15, 2005. Agreed in open court at report date this 22nd day of April, 2005.

entered on the docket sheet in compliance
and/or 32(b) FRCrP on 4-25-05



SO ORDERED this 22nd day of April, 2005.

                                                  _____
                                                  JON PHIPPS McCALLA
                                                  UNITED STATES DISTRICT JUDGE

_____
Assistant United States Attorney


_____
Counsel for Defendant(s)



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:04-CR-20196 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

---

Eugene A. Laurenzi
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT