UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 SEP -6  AM II: 13

THOMAS M. GOULD
DISTRICT COURT
W/D OF TN. MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| REGINALD ALEXANDER, | ) |

CR. No. 04-20196-M1

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD TESTIFICANDUM

The United States Attorney's Office applies to the Court for a Writ to have BETTY DAVIS, U.S.

Marshall Number: 13220-076, Booking Number 02109657, DOB:  9/20/52, now being detained in the

SHELBY COUNTY JAIL, Memphis, TN, appear before the Honorable Jon P. McCalla on (day) 29TH,

(month) SEPTEMBER, 2005, at (time) 2:30 PM for testimony in the sentencing hearing and for such

other appearances as this Court may direct.

Respectfully submitted this 6th day of September, 2005.

_____
Stephen C. Parker
Assistant U. S. Attorney

Upon consideration of the foregoing Application, David Jolley, U.S. Marshal, Western District of

Tennessee, Memphis, TN Sheriff/Warden, Mark Luttrell, SHELBY COUNTY JAIL.

YOU ARE HEREBY COMMANDED to have BETTY DAVIS, U.S. Marshall Number: 13220-076

Booking Number 02109657, DOB:  9/20/52, appear before the Honorable Jon P. McCalla at the date and

time aforementioned.

ENTERED this 6th day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _9-6-05_

64

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 64 in case 2:04-CR-20196 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Eugene A. Laurenzi
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT