UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ CAS _____ D.C.

2005 SEP -8 PM 2:00

THOMAS H. GOULD
CLERK U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) CR. No. 04-20196-M1 |
| vs. | ) |
| | ) |
| **REGINALD ALEXANDER,** | ) |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD TESTIFICANDUM

The United States Attorney's Office applies to the Court for a Writ to have BETTY DAVIS, U.S. Marshall Number: 13220-076, SPN: 176957, DOB: 9/20/52, now being detained in the Leon County Jail, Tallahassee, Florida, appear before the Honorable Jon P. McCalla on (day) 29TH, (month) SEPTEMBER, 2005, at (time) 2:30 PM for testimony in the sentencing hearing and for such other appearances as this Court may direct.

Respectfully submitted this 8th day of September, 2005.

_____
Stephen C. Parker
Assistant U. S. Attorney

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application, David Jolley, U.S. Marshal, Western District of Tennessee, Memphis, TN, Larry Campbell, Sheriff, Leon County Jail

YOU ARE HEREBY COMMANDED to have BETTY DAVIS, U.S. Marshall Number: 13220-076, SPN: 176957, DOB: 9/20/52, appear before the Honorable Jon P. McCalla at the date and time aforementioned.

ENTERED this 8th day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  9-12-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 65 in case 2:04-CR-20196 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Eugene A. Laurenzi
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT